# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2014

## NO. 03-14-00124-CV

**Susan Combs, Comptroller of Public Accounts of the State of Texas; and
Greg Abbott, Attorney General of the State of Texas, Appellants**

**v.**

**Fair Isaac Corporation, Appellee**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on December 20, 2013. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.